**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ROBERT TREPETA,<br>*On behalf of himself and all*<br>*other similarly situated individuals,* | :<br>:<br>:<br>: | |
| Plaintiff, | :<br>: | |
| v. | : | Civil Action No. 3:19-cv-181 |
| | : | |
| CAPITAL ONE FINANCIAL CORPORATION | :<br>: | |
| Defendant. | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Robert Trepeta, by counsel, hereby notifies this Honorable Court of his dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in that no party has yet filed an Answer or a Motion for Summary Judgment.

                                                  Respectfully submitted,
                                                  ROBERT TREPETA

                                                  _____/s/_____
                                                  Matthew J. Erausquin, VSB #65434
                                                  Leonard A. Bennett, VSB #37523
                                                  Tara B. Keller, VSB #91986
                                                  Consumer Litigation Associates
                                                  1800 Diagonal Road, Ste. 600
                                                  Alexandria, Virginia 22314
                                                  (703) 273-7770 telephone
                                                  (888) 892-3512 facsimile
                                                  Email:  matt@clalegal.com
                                                  Email:  lenbennett@clalegal.com
                                                  Email: tara@clalegal.com

                                                  *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2019, I will serve a copy of the foregoing on the following Defendant via First Class Mail:

> CAPITAL ONE FINANCIAL CORPORATION
> c/o Corporation Service Company
> 100 Shockoe Slip, 2nd Floor
> Richmond, VA 23219

                                    /s/
Matthew J. Erausquin, VSB #65434
Leonard A. Bennett, VSB #37523
Tara B. Keller, VSB #91986
Consumer Litigation Associates
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
(703) 273-7770 telephone
(888) 892-3512 facsimile
Email:  matt@clalegal.com
Email:  lenbennett@clalegal.com
Email: tara@clalegal.com

*Counsel for the Plaintiff*