IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ROBERT TREPETA, <br> on behalf of himself and all other <br> similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE FINANCIAL <br> CORPORATION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:19cv181–HEH <br> ) <br> ) <br> ) <br> ) <br> ) |

## **FINAL ORDER**

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (ECF No. 4) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
Senior United States District Judge

Date: March 21, 2019
Richmond, VA